FILED BY AW D.C.

Oct 14, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.** 26-MJ-03852-ELFENBEIN

**UNITED STATES OF AMERICA**

**v.**

**MUSTAFA SAAD HASSAN,**
**a/k/a "Alexander Drakos,"**
**a/k/a "Valery Anatolavic,"**

**Defendant.**
______________________________________/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

5. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Herandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: */s/Jackson K. Dering V*
Jackson K. Dering V
Assistant United States Attorney
SDFL Court ID No: A5503449
United States Attorney's Office
99 N.E. 4th Street
Miami, FL 33132
(786) 239-9274
Jackson.Dering@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

FILED BY AW D.C.

Oct 14, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

United States of America
v.
Mustafa Saad Hassan,
a/k/a "Alexander Drakos,"
a/k/a "Valery Anatolavic,"

*Defendant.*

Case No. 26-MJ-03852-ELFENBEIN

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 28, 2025 - April 18, 2025 in the county of Miami-Dade in the Southern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1014 | False Statement to Federally Insured Institution |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Nelson Muniz, FHFA Special Agent
*Printed name and title* Badge No. 48

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time

Date: October 14, 2026

[signature]
*Judge's signature*

City and state: Miami, Florida

Honorable Marty Fulgueira Elfenbein, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Nelson Muñiz, being duly sworn, attest and affirm the following:

## INTRODUCTION

1. I am a Special Agent with the Federal Housing Finance Agency Office of the Inspector General ("FHFA-OIG") and have been so employed since January 2016. As a Special Agent, my duties include investigating potential criminal violations of federal laws, particularly those offenses enumerated in Title 18, United States Code, Sections 1014, 1343, and 1344. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18 of the United States Code. Prior to joining the FHFA-OIG, I was a Special Agent with the U.S. Department of Housing and Urban Development – OIG for thirteen years where I investigated allegations of subsidized housing fraud, mortgage fraud, public corruption, embezzlement, and identity theft. I have received extensive training in the investigation of bank fraud, mortgage fraud, identity theft, and have actively participated in numerous state and federal financial crimes investigations.

2. The information in this Affidavit is based upon my personal knowledge and information learned from other members of law enforcement, investigators, witnesses, and documents.

3. This Affidavit is submitted for the limited purpose of establishing probable cause that **Mustafa Saad Hassan** ("**HASSAN**"), also known as ("a/k/a") Alexander Drakos, and a/k/a as Valery Anatolavic, did knowingly make a false statement to an institution insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 1014. As such, it does not reflect all facts known to law enforcement about this matter.

**INDIVIDUALS AND ENTITIES**

4. **HASSAN** is citizen and national of Iraq. **HASSAN** arrived in the United States on an unknown date and time, but currently has no legal status in the United States.

5. Bradesco Bank (the "LENDER") is a bank insured by the Federal Deposit Insurance Corporation located in Coral Gables, in Miami-Dade County, in the Southern District of Florida.

6. Global Partners (the "TITLE COMPANY") is located in West Palm Beach, in Palm Beach County, in the Southern District of Florida.

**PROBABLE CAUSE**

7. On or about February 28, 2025, **HASSAN** submitted a loan application to the LENDER listing the borrower as Alexander Drakos and requesting a loan of approximately $1,032,500 for the purchase of a property located at 2051 NE 59th Street in Fort Lauderdale (the "PROPERTY").

8. As proof of identification, **HASSAN** submitted a Government of Canada Permanent Resident Card, a Greek Driver's License, and a Greek / Hellas Passport. Each of the above-mentioned identification documents bore **HASSAN's** face with the name and purported biographical information of Alexander Drakos.

9. As proof of sufficient funds, **HASSAN** provided bank statements from his TD Bank account ending in #2149 under the name Alexander Drakos ("Drakos Account").

10. Based on **HASSAN's** representations that he was Alexander Drakos, the LENDER approved a $1,032,500 mortgage loan. **HASSAN** signed a Residential Contract for Sale and Purchase (the "CONTRACT") for the PROPERTY under the name Alexander Drakos.

11. On or about April 18, 2025, **HASSAN**, purporting to be Alexander Drakos, personally appeared at the TITLE COMPANY to close on the purchase of the PROPERTY.

12. At the TITLE COMPANY, **HASSAN** met a notary, and as proof of identity, he presented a Canadian Driver's License bearing **HASSAN's** face with the name and purported biographical information of Alexander Drakos. **HASSAN** initialed and/or signed documents in the loan package with his false identity as Alexander Drakos. At closing, **HASSAN** owed approximately $382,916.38. **HASSAN** wired this amount from the Drakos Account.

13. Leading up to the closing on the loan, bank records show that the Drakos Account received significant monetary transfers from Kyiv Auto Export Inc. ("Kyiv Auto"), and from an account under the name of Valery Anatolavic. Through public query, Kyiv Auto held Valery Anatolavic as its President and Vice President. Kyiv Auto was opened with the Florida Division of Corporations in 2024 and is now an inactive company. Kyiv Auto appears to be a shell company and does not appear to have real business. These transfers were necessary to cover the remaining balance at closing.

14. Following the purchase of the PROPERTY, **HASSAN** continued to make monthly payments toward his loan from the Drakos Account. Bank records show that the Drakos Account received significant monetary transfers from Kyiv Auto Export Inc., and from an account under the name of Valery Anatolavic to cover the monthly mortgage payments.

15. On March 13, 2026, a DHL shipment HAWB # 7724669993 was placed on hold for examination concerning possible fraudulent documents. The shipment arrived at the Cincinnati DHL Hub from Turkey and was destined to United Parcel Service ("UPS") address 6278 N. Federal Hwy, PO Box #122 in Fort Lauderdale, Florida.

16. A subpoena was served at the UPS address 6278 N. Federal Hwy, PO Box #122. Returns showed that PO Box #122 was registered to Valery Anatolavic. Two identification documents were used to register PO Box #122, both bearing **HASSAN's** face. A Ukraine Passport with the name Valery Anatolavic, and an Alberta Driver's License with the name Valery Anatolavic. The UPS store was located approximately 1.4 miles from the PROPERTY.

17. On August 14, 2026, **HASSAN** was arrested by law enforcement in Fort Lauderdale for being unlawfully present in the United States. During a post-*Miranda* interview, **HASSAN** admitted to purchasing multiple fraudulent identification documents online. This included a counterfeit Canadian Driver's License. **HASSAN** also admitted to owning a home in Fort Lauderdale, Florida.

18. **HASSAN's** fingerprints and biometrics were taken and run through several law enforcement databases. This revealed **HASSAN's** true identity as a citizen and national of Iraq. **HASSAN's** identity was confirmed by the Iraqi Consulate. Further, **HASSAN's** identity was also confirmed by the Canadian Consulate that currently has a country wide warrant for his arrest.

19. A review of the Canadian Permanent Resident Card and Greek / Hellas Passport that **HASSAN** provided in his loan application was determined by the Canadian and Greek Consulates to be fraudulent.

20. U.S. Customs and Border Protection ("CBP") has done a search of its records and not found any individual named Alexander Drakos matching that identity as entering the United States. CBP has similarly done a search of its records and not found any record of **HASSAN** entering the country through any port of entry.

## CONCLUSION

Based on the foregoing, there is probable cause to believe that on or about February 28, 2025, and continuing through on or about April 18, 2025, in Miami-Dade, Broward, and Palm Beach Counties, in the Southern District of Florida, **MUSTAFA SAAD HASSAN** did knowingly make a false statement on a loan application to the LENDER, in violation of Title 18, United States Code, Section 1014.

FURTHER AFFIANT SAYETH NAUGHT.

NELSON MUNIZ
SPECIAL AGENT, BADGE #48
FEDERAL HOUSING FINANCE AGENCY
OFFICE OF INSPECTOR GENERAL

Attested to by the applicant in accordance with
the requirements of Fed. R. Crim. P. 4.1
by Face Time this 14th day of October 2026.

HONORABLE MARTY FULGUEIRA ELFENBEIN
UNITED STATES MAGISTRATE JUDGE